UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 15 B 02208

    Cassandra Chatman

           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2015.

2) The plan was confirmed on 05/18/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/06/2015.

5) The case was Converted on 09/21/2015.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,200.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,200.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $781.74 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $48.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$829.74** |
| Attorney fees paid and disclosed by debtor: | $360.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A&S Collection Assoc Inc. | Unsecured | 671.23 | NA | NA | 0.00 | 0.00 |
| ABM | Unsecured | 1,741.60 | NA | NA | 0.00 | 0.00 |
| Absolute Collections P | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Aladdin Bail Bonds | Unsecured | 1,615.00 | 8,931.57 | 8,931.57 | 0.00 | 0.00 |
| Alamda County | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 280.00 | 514.87 | 514.87 | 0.00 | 0.00 |
| American InfoSource LP as | Unsecured | 2,120.51 | NA | NA | 0.00 | 0.00 |
| Asset Resources | Unsecured | 1,169.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Bad Boys Bail Bonds | Unsecured | 4,701.00 | NA | NA | 0.00 | 0.00 |
| Bail Busters Bail Bonds | Unsecured | 2,967.00 | 3,230.99 | 3,230.99 | 0.00 | 0.00 |
| Bail Hotline | Unsecured | 4,215.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BML | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 510.00 | 460.00 | 460.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Chase | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,178.79 | 9,410.89 | 9,410.89 | 0.00 | 0.00 |
| CMK Investments Inc dba All Credit Lend | Unsecured | 334.00 | 402.00 | 402.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,286.40 | 1,812.62 | 1,812.62 | 0.00 | 0.00 |
| Court Ordered Debt Collections | Unsecured | 2,410.32 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 24,458.00 | 24,811.42 | 24,811.42 | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 1,032.19 | NA | NA | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Enterprise | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Unsecured | 4,898.00 | 5,633.54 | 5,633.54 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 171.91 | NA | NA | 0.00 | 0.00 |
| Illinois Cash Advance | Unsecured | 2,105.80 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collection Service/ICS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,105.00 | 3,122.80 | 3,122.80 | 0.00 | 0.00 |
| Independent Financial Services | Unsecured | 3,987.62 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,515.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Secured | 5,648.00 | 5,337.12 | 5,337.12 | 348.09 | 22.17 |
| Jefferson Capital Systems LLC | Unsecured | 2,885.91 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 1,797.91 | NA | NA | 0.00 | 0.00 |
| Mages & Price LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 3,675.00 | NA | NA | 0.00 | 0.00 |
| Pacific Gas & Electric | Unsecured | 4,384.70 | 5,268.81 | 5,268.81 | 0.00 | 0.00 |
| Pellettieri | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 188.00 | 188.27 | 188.27 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 53.96 | 53.96 | 53.96 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 336.54 | NA | NA | 0.00 | 0.00 |
| Southshore Hospital | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,600.00 | 3,404.30 | 3,404.30 | 0.00 | 0.00 |
| St. Armands | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Symone Young | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 167.40 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 167.00 | 167.40 | 167.40 | 0.00 | 0.00 |
| TCF Bank | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Two Jinn Inc | Unsecured | 4,815.00 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| Victoria's Secret | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Zalutski & Pinski | Unsecured | 4,339.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,337.12 | $348.09 | $22.17 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,337.12** | **$348.09** | **$22.17** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$67,843.44** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $829.74 |
| Disbursements to Creditors | $370.26 |
| **TOTAL DISBURSEMENTS** : | **$1,200.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/26/2015       By: /s/ Marilyn O. Marshall
                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**